IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-00082-MOC-WCM

| ERIC J. DYKES and AMY DYKES | ) | |
|---|---|---|
| Plaintiffs, | ) | |
| v. | ) | ORDER |
| USAA CASUALTY INSURANCE COMPANY | ) | |
| Defendant. | ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 16) filed by Justin Lowenberger. The Motion indicates that Mr. Lowenberger, a member in good standing of the Bar of this Court, is local counsel for Plaintiffs and that he seeks the admission of Benjamin Paul Barmore, who the Motion represents as being a member in good standing of the Bar of the State of Texas. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 16) and **ADMITS** Benjamin Paul Barmore to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: September 8, 2021

W. Carleton Metcalf
United States Magistrate Judge